211 So.2d 327

Kelt S. CHAMPAGNE et ux.

v.

MISSOURI PACIFIC RAILROAD
COMPANY et al.

No. 49295.

June 21, 1968.

In re: Kelt S. Champagne and his wife, Mary Lou Champagne, applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Iberia. 209 So.2d 114.

Writ refused. On the facts found by the Court of Appeal we find no error of law in its judgment.

211 So.2d 328

Succession of Barbara Ann GEER wife of
William James PRUTZMAN.

No. 49296.

June 21, 1968.

In re: Whitney National Bank of New Orleans applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 209 So.2d 303.

Writ refused. There is no error of law in the judgment of the Court of Appeal.